UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO. 16-00172** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS, JR.** |
| **QUINETTA GRANT** | * | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Quinetta Grant, and adjudges her guilty of the offense charged in Count One of the Bill of Information against her.

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 27th day of October, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE